IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAWN L. JACOBS,

      Petitioner,

v.                                          CV 04-0551 MV/WPL

MO BRAVO and THE
ATTORNEY GENERAL
OF NEW MEXICO,

      Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

    This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed March 7, 2007.  (Doc. 43.)  The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed.  To this date, no objections have been filed.

    IT IS THEREFORE ORDERED that the PFRD is adopted as an order of the Court and the "Second Motion to Reopen Time Requirements" (Doc. 40) is denied as moot.

                                                  _____
                                                  MARTHA VÁZQUEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE